JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| KIM PACE-WHITE, | Case No. EDCV 09-01145 SJO (AN) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| LATTIMORE, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: July 9, 2009

S. James Otero
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY